IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISTIE JOHNSON**                                                                          **PLAINTIFF**

**v.**                           **CASE NO. 4:21-CV-00399-BSM**

**PEPSICO INC,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of February, 2022.

                                                                            _/s/ Brian S. Miller_
                                                            UNITED STATES DISTRICT JUDGE